IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE E. ORTIZ,

    Plaintiff,

vs.                                  CASE NO. 5:05cv256/RS

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Document 10). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is dismissed without prejudice.

4. The clerk is directed to close the file.

ORDERED on May 12, 2006.

                                            **/S/ Richard Smoak**
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**